IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KURT E. KROUT AND KARIES S. KROUT | : | NO. 02-4858 |

### O R D E R

AND NOW, this 27th day of September, 2002, upon review of the record, the Court notes that service of the Complaint was made upon Defendants on August 23, 2002. The court further notes that a pleading has not been filed in the above captioned action in response to the Complaint. If a Request for Default is not filed by October 11, 2002, the Court may enter an Order dismissing the case against the above named Defendants for lack of prosecution.

BY THE COURT:

_____
JOHN R. PADOVA, J.