UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
U.S. Court House
Independence Mall West
601 Market Street
Philadelphia, PA  19106-1797

October 2, 2002

**NOTICE OF HEARING:**

RE:   UNITED STATES v. KURT E. KROUT AND KARIE S. KROUT
      Civil Action No. 02-4858

Dear Counsel:

   Please be advised that a hearing is scheduled on plaintiff's request for default judgment. The hearing will be held on October 23, 2002 at 9:30 a.m. in Courtroom 6A, 6th Floor, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. The moving party should make service of this notice and provide the Court with proof thereof.

                                        Very truly yours,


                                        Gerrie M. Keane
                                        Deputy Clerk to Judge Padova

To:   Michael T. McKeever, Esq.