## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br>    v.<br>KURT E. KROUT<br>KARIE S. KROUT<br>    Defendant(s) | Civil Action No:   02-CV-4858 |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

## ORDERED

1. That the public sale held on March 11, 2003 is hereby confirmed.

2. That the Marshal is ordered and directed to execute and deliver to Harry Reaver and/or Nominee or Assignee, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of KURT E. KROUT and KARIE S. KROUT in and to the premises sold located at 451 Colonial Drive, East Greenville, PA 18041.

3. That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>            Plaintiff<br>     v.<br><br>KURT E. KROUT<br>KARIE S. KROUT<br>            Defendant(s) | Civil Action No:   02-CV-4858 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

1. In accordance with Order entered October 23, 2002 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on March 11, 2003 and sold to Harry Reaver and/or Nominee or Assignee for a bid of $48,500.00.

2. The Marshal's Return of Sale is attached as Exhibit B.

3. Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

4. The Order of October 23, 2002 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

5. Notice has been given to all parties in interest of the presentation of this motion.

WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

```
                    GOLDBECK MCCAFFERTY & MCKEEVER


                    By:  Michael T. McKeever, Esquire
                    Pennsylvania Attorney I.D. No. 56129
                    Suite 500 - The Bourse Building
                    111 S. Independence Mall East
                    Philadelphia, PA  19106
                    (215) 627 - 1322

                    s/ Michael T. McKeever
```

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>          Plaintiff<br>     v.<br>KURT E. KROUT<br>KARIE S. KROUT<br>          Defendant(s) | Civil Action No:  02-CV-4858 |

**CERTIFICATE OF SERVICE**

     I certify that on April 21, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

KURT E. KROUT and KARIE S. KROUT
451 Colonial Drive
East Greenville, PA 18041

WALTER G. ZEMEL
920 Lawn Avenue
Suite 10
Sellersville, PA 18960

DOMESTIC RELATIONS OF MONTGOMERY
COUNTY
PO Box 311
Norristown, PA 19404

PA DEPARTMENT OF PUBLIC WELFARE -
Bureau of Child Support
Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

OCCUPANTS/TENANTS
451 Colonial Drive
East Greenville, PA 18041

HARRY REAVER
1003 Thousand Acre Rd.
Sellersville, PA 18960

                    Respectfully submitted,

                    GOLDBECK McCAFFERTY & McKEEVER
                    By:  Michael T. McKeever, Esquire
                    Pennsylvania Attorney I.D. No. 56129
                    Suite 500 - The Bourse Building
                    111 S. Independence Mall East
                    Philadelphia, PA  19106
                    (215) 627 - 1322

                    s/ Michael T. McKeever