

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. 02-CV-4858

I, __Nik C. Hannevig__, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at __431 Colonial Dr. E. Greenville PA 18041__. The public sale was held on __11 Mar 2003__ and the highest bidder was __Harry Beaver__, who bid the amount of $__48,500.00__.

_____
Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania