UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 02-CV-4858 |
| vs. | |
| KURT E. KROUT<br>KARIE S. KROUT | |
| Defendants | |

## CERTIFICATE OF SERVICE
## PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X)     Personal Service by the ~~Sheriff's Office~~/competent adult (copy of return attached).

( )     Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).

( )     Certified mail by Sheriff's Office.

( )     Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).

( )     Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).

( )     Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**

( )     Premises was posted by Sheriff's Office/competent adult (copy of return attached).

( )     Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).

( )     Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

**TO:** KROUT, KURT E.

## KURT E. KROUT

2180 Spinnerstown Road
Spinnerstown, PA 18968

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
January 18, 2003

**REFERENCE:** KROUT, KURT E. / USA-0179
03/11/03 Montgomery

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE  |
|---|---|

---

**TO:** KROUT, KARIE S.

## KARIE S. KROUT

2180 Spinnerstown Road
Spinnerstown, PA 18968

**SENDER:** GOLDBECK MCCAFFERTY & MCKEEVER
January 18, 2003

**REFERENCE:** KROUT, KURT E. / USA-0179
03/11/03 Montgomery

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service **Receipt for Certified Mail** No Insurance Coverage Provided Do Not Use for International Mail | POSTMARK OR DATE  |
|---|---|

**GOLDBECK McCAFFERTY & McKEEVER**
Suite 500, The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

Check type of mail:
- Express
- Registered
- Insured
- COD

Return Receipt (RR) for Merchandise
- Certified
- Int'l Rec. Del.
- Del. Confirmation (DC)

If Registered Mail
check below:
- Insured
- Not Insured

Affix stamp here if issued
as certificate of mailing,
or for additional copies of
this bill.

Postmark and
Date of Receipt

| Line | Name and Address of Sender | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee |
|------|---------------------------|----------------|----------------------------------------|---------|-----|-----------------|------------------------|---------------|-------------------|--------|--------|--------|--------|--------|--------|
| 1 | | | WALTER G. ZEMEL 920 Lawn Avenue Suite 10 Sellersville, PA 18960 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | |
| 4 | | | PA DEPARTMENT OF PUBLIC WELFARE Bureau of Child Support Enforcement Health and Welfare Bldg. - Room 432 P.O. Box 2675 Harrisburg, PA 17105-2675 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | |
| 6 | | | DOMESTIC RELATIONS OF MONTGOMERY COUNTY PO Box 311 Norristown, PA 19404 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | |
| 8 | | | OCCUPANTS/TENANTS 451 Colonial Drive East Greenville, PA 18041 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender

Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable for registered mail, sent with optional postal insurance, is $25,000 for registered mail. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitation of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

Complete by Typewriter, Ink, or Ball Point Pen.

1902
U.S. POSTAGE    PB221913
9499  $03.600  JAN 21 03
6265  MAILED FROM ZIP CODE  19106

PS Form 3877, April 1999

KURT E. KROUT

CHECK #_____

# AFFIDAVIT OF SERVICE

| PLAINTIFF/S/<br>**THE UNITED STATES OF AMERICA** | COURT NUMBER<br>**02-CV-4858** | |
|---|---|---|
| DEFENDANT/S/<br>**KURT E. KROUT**<br>**KARIE S. KROUT** | ____ | COMPLAINT - MORTGAGE FORECLOSURE |
| | XX | WRIT OF EXECUTION – MORTGAGE ORECLOSURE |
| | ____ | COMPLAINT – EJECTMENT |
| | ____ | WRIT OF POSSESSION |

**SERVE**

**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
**KROUT, KURT E.**

ADDRESS (Street or Road, Apartment No., City, Boro, Twp., State and ZIP Code)
**2180 Spinnerstown Road**
**Spinnerstown, PA 18968**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

ADDRESS OF ATTORNEY FOR PLAINTIFF
GOLDBECK McCAFFERTY & McKEEVER
Suite 500 – The Bourse Bldg.
111 S. Independence Mall East
Philadelphia, PA 19106

Louis Giacomelli, hereby certifies in accordance with law that he did serve upon above named Defendant  a true and correct copy of the above-captioned on the _____25_____ day of _____JAN_____ 2003 at 1025 o'clock A .M., in the following manner:

( ) Defendant(s) personally served.
( X ) Adult family member with whom said Defendant(s) reside(s).
    Relationship is SON
( ) Adult in charge of Defendant's residence who refused to give name or relationship.
( ) Manager / Clerk of place of lodging in which Defendant(s) reside(s).
( ) Agent or person in charge of Defendant's office or usual place of business.
( ) _____ an officer of said Defendant company.
( ) POSTED in accordance with Court Order.
( ) Other _____.

On the _____ day of _____, 20___, at _____ o'clock, ___ .M., Defendant not found because:

( ) Moved      ( ) Unknown      ( ) Vacant      ( ) Other _____.

I certify the foregoing to be true and correct.

SWORN TO AND SUBSCRIBED:
Before me this  14  day:
of  Feb , 2003:

Notary Public

SIGNATURE  *Louis Giacomelli*

PRINT NAME LOUIS GIACOMELLI

NOTARIAL SEAL
Kathleen M. Lion, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 14, 2004

KARIE S. KROUT                                    CHECK #_____

# AFFIDAVIT OF SERVICE

| PLAINTIFF/S/<br>**THE UNITED STATES OF AMERICA** | COURT NUMBER<br>**02-CV-4858** |
|---|---|

| DEFENDANT/S/<br>**KURT E. KROUT**<br>**KARIE S. KROUT** | | COMPLAINT - MORTGAGE FORECLOSURE |
|---|---|---|
| | _XX_ | WRIT OF EXECUTION – MORTGAGE ORECLOSURE |
| | _____ | COMPLAINT – EJECTMENT |
| | _____ | WRIT OF POSSESSION |

**SERVE**

→ {

**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
**KROUT, KARIE S.**

ADDRESS (Street or Road, Apartment No., City, Boro, Twp., State and ZIP Code)
**2180 Spinnerstown Road**
**Spinnerstown, PA  18968**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

ADDRESS OF ATTORNEY FOR PLAINTIFF
GOLDBECK McCAFFERTY & McKEEVER
Suite 500 – The Bourse Bldg.
111 S. Independence Mall East
Philadelphia, PA  19106

Louis Giacomelli, hereby certifies in accordance with law that he did serve upon above named Defendant  a true and correct copy of the above-captioned on the ____25____ day of _____JAN_____ 20_03_ at _1025_ o'clock _A_ .M., in the following manner:

( )   Defendant(s) personally served.
(X)   Adult family member with whom said Defendant(s) reside(s).
        Relationship is _SON_____
( )   Adult in charge of Defendant's residence who refused to give name or relationship.
( )   Manager / Clerk of place of lodging in which Defendant(s) reside(s).
( )   Agent or person in charge of Defendant's office of usual place of business.
( )   _____ an officer of said Defendant company.
( )   POSTED in accordance with Court Order.
( )   Other _____.

On the _____ day of _____, 20___, at _____ o'clock, ____ .M., Defendant not found because:

( )   Moved          ( )   Unknown          ( )   Vacant          ( )   Other _____.

I certify the foregoing to be true and correct.

SWORN TO AND SUBSCRIBED:                  SIGNATURE _Louis Giacomelli_____
Before me this _18_ day:
of _Feb_____, 200_3_                        PRINT NAME _LOUIS GIACOMELLI_____
_Kathleen_____
Notary Public NOTARIAL SEAL
Kathleen M. Lion, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 14, 2004

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 02-CV-4858 |
| vs. | |
| KURT E. KROUT<br>KARIE S. KROUT | |
| Defendants | |

## AFFIDAVIT PURSUANT TO RULE 3129

THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

> 451 Colonial Drive
> East Greenville, PA 18041

1. Name and address of Owners or Reputed Owners:

> KURT E. KROUT
> 451 Colonial Drive
> East Greenville, PA 18041

> KARIE S. KROUT
> 451 Colonial Drice
> East Greenville, PA 18041

2. Name and address of Defendants in the judgment:

> KURT E. KROUT
> 451 Colonial Drive
> East Greenville, PA 18041

> KARIE S. KROUT
> 451 Colonial Drice
> East Greenville, PA 18041

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

> WALTER G. ZEMEL
> 920 Lawn Avenue
> Suite 10
> Sellersville, PA 18960

PO Box 311
Norristown, PA 19404

PA DEPARTMENT OF PUBLIC WELFARE
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

4. Name and address of the last recorded holder of every mortgage of record:


5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:


6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

OCCUPANTS/TENANTS
451 Colonial Drive
East Greenville, PA 18041

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.


DATED:  February 14, 2003

GOLDBECK/McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff

**U.S. Department of Justice**
**United States Marshals Service**

## PROCESS RECEIPT AND RETURN

See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| The United States of America | 02-CV-4858 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Kurt E. Krout & Karie S. Krout | Notice of US Marshall Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kurt E. Krout & Karie S. Krout

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
451 Colonial Drive, East Greenville PA 18041

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

PLEASE POST HANDBILL

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Joseph A. Goldbeck | | 215-627-1322 | 1-18-03 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 06 | No. 06 | Cheryl | 1-23-03 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service: 1/7/03   Time: 0515   ☒ am ☐ pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | 1 mi AT | | | | .36 | |

REMARKS:
Posted — with sided overhead in living room
451 Colonial Dr. 18041

**NOTE**

PRIOR EDITIONS MAY BE USED

**3. NOTICE OF SERVICE**

FORM USM-285 (Rev. 12/15/80)